7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:*  Wendell Otis Maness and Carolyn Hope Maness<br>*Debtor* | *Bankruptcy Case No.*<br>11–40614–can7 |
| **Legendary Stone Arts, LLC**<br>    Plaintiff(s) | *Adversary Case No.*<br>11–04125–can |
| v. | |
| **Wendell Otis Maness**<br>**Carolyn Hope Maness**<br>**Andrew J. Niewald**<br>**Stephanie D. Niewald**<br>    Defendant(s) | |

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Cynthia A. Norton , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: This Courts Order of September 13, 2012 shall be amended to reflect the following:
The Court hereby grants Defendants Oral Motion for Judgment on Partial Findings pursuant to Fed. R. Civ. P. 52(c) and dismisses Plaintiffs Adversary Complaint against Defendants with prejudice.
The Court hereby incorporates its May 1, 2012 Order granting Plaintiffs Motion for Summary Judgment and hereby dismisses Defendants Counterclaim against Plaintiff with prejudice.
The Courts Judgment is a Final Judgment disposing of all pending issues in the instant adversary and is proper for appeal.

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

                                                                Ann Thompson
                                                                Court Executive

                                                                By: /s/ Jamie McAdams
                                                                     Deputy Clerk

Date of issuance: 6/3/13

Court to serve